UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JILL CARUSO,<br>Individually<br><br>       Plaintiffs,<br><br>v.<br><br><br>DOWNTOWN RESTAURANT TOO, LLC<br>A Domestic Limited Liability Company<br><br>       Defendant.<br>_____/ | :<br>:<br>:<br>:<br>:   Case No. 1:13-cv-00432-RLY-MJD<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that the present matter has been settled and the parties are in the process of finalizing the settlement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: July 12, 2013

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: _/s/ Pete M. Monismith___ | By: _/s/ John R. Hunt |
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br><br>**Attorneys for Plaintiff** | John R. Hunt<br>Stokes Roberts & Wagner<br>3593 Hemphill Street<br>Atlanta, GA 30337<br>Tel. 404.766.0076<br>Fax. 404.766.8823<br>**Attorneys for Defendant** |