UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

|  | : |  |
|---|---|---|
| JILL CARUSO, | : | |
| Individually | : | |
|  | : | |
| Plaintiffs, | : | Case No. 1:13-cv-00432-RLY-MJD |
|  | : | |
| v. | : | |
|  | : | |
|  | : | |
| DOWNTOWN RESTAURANT TOO, LLC | : | |
| A Domestic Limited Liability Company | : | |
|  |  | |
| Defendant. |  | |

_____/

### JOINT STIPULATION OF
### DISMISSAL WITH PREJUDICE

Plaintiff Jill Caruso, ("Plaintiff") and Defendant, Downtown Restaurant Too, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1.     All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice.

2.     Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

By: _/s/ Pete M. Monismith___        By: _/s/ John R. Hunt_____

| | |
|---|---|
| Pete M. Monismith, Esq. | John R. Hunt |
| Pete M. Monismith, P.C. | Stokes Wagner Hunt Maretz & Terrell |
| Admitted Pro Hac Vice | 3593 Hemphill Street |
| 3945 Forbes Ave., #175 | Atlanta, GA 30337 |
| Pittsburgh, PA 15213 | Tel. 404.766.0076 |
| ph. (724) 610-1881 | Fax. 404.766.8823 |
| pete@monismithlaw.com | **Attorneys for Defendant** |
| **Attorneys for Plaintiff** | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this September 12, 2013, the foregoing document has been served via the Court's electronic filing system upon all parties of record.


/s/ Pete Monismith
Pete Monismith